NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YELLOW CAB COMPANY OF ORLANDO, INC.,**
*Plaintiff-Appellee,*

**v.**

**CELEBRATION TRANSPORTATION, INC.
(DOING BUSINESS AS CELEBRATION TAXI AND
THE YELLOW CAB COMPANY),**
*Defendant-Appellant.*

---

2013-1268

---

Appeal from the United States District Court for the Middle District of Florida in No. 12-CV-1910, Judge Elizabeth A. Kovachevich.

---

**O R D E R**

Celebration Transportation Inc. has no legal representation and its president moves for a 60 day extension of time to obtain counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Counsel for Celebration Transportation Inc. shall file a notice of appearance within 60 days of the date of this order.

YELLOW CAB COMPANY v. CELEBRATION TRANSPORTATION        2

   (2)  The briefing schedule is stayed.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26